1  Joseph R. Becerra (State Bar No. 210709)
   LAW OFFICE OF JOSEPH R. BECERRA
2  835 Wilshire Boulevard, Suite 200
   Los Angeles, California 90017
3  Telephone:   (213) 542-8501
   Facsimile:   (213) 542-5556
4  Email: jbecerra@jrbecerralaw.com

5

6  Torey J. Favarote (State Bar No.: 198521)
   GLEASON & FAVAROTE, LLP
7  835 Wilshire Blvd., Suite 200
   Los Angeles, California 90017
8  Telephone:   (213) 452-0510
   Facsimile:   (213) 452-0514
   tfavarote@gleasonfavarote.com
9

10 Attorneys for Plaintiff Portia Daniels,
   on behalf of herself and all others similarly
11 situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA DANIELS, on behalf of herself and all others similarly situated, | Case No. CV 12-05755 WHA |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION AND GRANTING MAILING OF OPT-IN NOTICE TO FLSA COLLECTIVE ACTION MEMBERS** |
| vs. | |
| AÉROPOSTALE WEST, INC., a Delaware corporation, AÉROPOSTALE, INC., a Delaware corporation, and DOES 1 through 10, inclusive, | Date:          April 11, 2013<br>Time:          8:00 a.m.<br>Dept.:         8 |
| Defendants. | Judge:         Hon. William Alsup<br>Action Filed:  November 9, 2012<br>Trial Date:    None |

Plaintiff PORTIA DANIELS ("Plaintiff") Motion for Order Granting Conditional Certification and Mailing of Opt-In Notice came on for hearing on April 11, 2013 in Department 8 of the above-entitled Court.

Having reviewed Plaintiff's Motion, Defendants' Opposition and reviewed the pleadings filed herein, and considering the argument of counsel, the Court **ORDERS** at follows**:**

(1) Plaintiff's Motion for Conditional FLSA Certification of the Collective Action is **GRANTED**;

(2) There shall be one class consisting of "All non-exempt store employees of Aeropostale Inc., and/or Aeropostale West, Inc. (collectively "Aeropostale") who have worked for Aeropostale at any time within the Class Period [November 9, 2009 to the present] at any location in the United States or Puerto Rico";

(3) Plaintiff Portia Daniels is designated as the Class Representative of the Class;

(4) The Law Office of Joseph R. Becerra and Gleason & Favarote LLP are designated as Class Counsel;

(5) Defendants' are ORDERED to provide Class Counsel with contact information, including names, telephone numbers and addresses, within fourteen (14) days for those affected so that they can have an opportunity to opt-in and preserve their rights under the FLSA; and

/ / /

/ / /

/ / /

/ / /

/ / /

1.

(6)  The Court approves the Collective Action Notice and Opt-In form attached as Exhibit "1" to the Declaration of Torey Joseph Favarote in Support of Plaintiff's Motion for Conditional FLSA Certification.

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
HON. WILLIAM ALSUP
DISTRICT COURT JUDGE

Respectfully Submitted by:

**Gleason & Favarote LLP**
Torey Joseph Favarote (State Bar No. 198521
835 Wilshire Boulevard, Suite 200
Los Angeles, California 90017
Telephone:   (213) 452-0510
Facsimile:    (213) 452-0514
Email:         tfavarote@gleasonfavarote.com

Attorneys for Plaintiff Portia Daniels,
on behalf of herself and all others similarly situated

# PROOF OF SERVICE

I, Torey J. Favarote, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Gleason & Favarote, LLP, 835 Wilshire Blvd., Suite 200, Los Angeles, CA 90017.

On March 7, 2013, I served a copy(ies) of the following document(s):

**[PROPOSED] ORDER GRANTING MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION AND GRANTING MAILING OF OPT-IN NOTICE TO FLSA COLLECTIVE ACTION MEMBERS**

on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Stacey D. McKee-Knight, Esq.<br>Rachel Schumacher, Esq.<br>Robert J. Dwyer, Esq.<br>Katten Muchin Rosenman, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Telephone:  310.788.4400<br>Facsimile:  310.788.4471<br>rachel.schumacher@kattenlaw.com<br>stacey.knight@kattenlaw.com<br>robert.dwyer@kattenlaw.com | Counsel for Defendants | CM/ECF |

☐ [BY MAIL] I placed the sealed envelope(s) for collection and mailing by following the ordinary business practice of Gleason & Favarote, LLP, Los Angeles, California. I am readily familiar with Gleason & Favarote, LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ [BY OVERNIGHT COURIER] I caused the sealed envelope(s) to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [BY HAND] I directed the sealed envelope(s) to the party(ies) so designated on the service list to be delivered by courier this date.

☐ [BY ELECTRONIC TRANSMISSION] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above.

☒ [BY CM/ECF SYSTEM] I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this declaration was executed on March 7, 2013, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　/s/ Torey J. Favarote
　　　　　　　　　　　　　　　　　　　　　Torey J. Favarote