1  Joseph R. Becerra (Cal State Bar No. 210709)
   LAW OFFICE OF JOSEPH R. BECERRA
2  835 Wilshire Boulevard, Suite 200
   Los Angeles, California 90017
3  Telephone: (213) 542-8501
   Facsimile: (213) 542-5556
4  Email: jbecerra@jrbecerralaw.com

5  Torey Joseph Favarote (Cal State Bar No. 198521)
   GLEASON & FAVAROTE, LLP
6  835 Wilshire Blvd., Suite 200
   Los Angeles, California 90017
7  Telephone: (213) 452-0510
   Facsimile: (213) 452-0514
8  tfavarote@gleasonfavarote.com

9  Attorneys for Plaintiff PORTIA DANIELS,
   on behalf of herself and all others similarly
10 situated

11

12 Stacey McKee Knight (Cal State Bar No. 181027)
   stacey.knight@kattenlaw.com
13 Rachel C. Schumacher (Cal State Bar No. 235026)
   rachel.schumacher@kattenlaw.com
14 Robert J. Dwyer (Cal State Bar No. 288122)
   robert.dwyer@kattenlaw.com
15 KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
16 Los Angeles, CA 90067-3012
   Telephone: 310.788.4400
17 Facsimile: 310.788.4471

18 Attorneys for Defendants
   AÉROPOSTALE WEST, INC. and AÉROPOSTALE, INC.
19

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PORTIA DANIELS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs. | CASE NO. 3:12-cv-05755-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY FLSA COLLECTIVE ACTION** |

| | |
|---|---|
| AÉROPOSTALE WEST, INC., a Delaware corporation, AÉROPOSTALE, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Current Hearing Date<br>Date:　　　　April 11, 2013<br>Time:　　　　8:00 a.m.<br>Dept.:　　　　8<br>Judge:　　　　Hon. William Alsup<br><br>Proposed Hearing Date<br>Date:　　　　April 18, 2013<br>Time:　　　　8:00 a.m.<br>Dept.:　　　　8<br>Judge:　　　　Hon. William Alsup |

WHEREAS, Plaintiff Portia Daniels ("Plaintiff") filed her Motion for Order Granting Conditional Certification of FLSA Collective Action and for Order Regarding Mailing of Opt-In Notice to FLSA Collective Action Members (the "Motion") on March 7, 2013;

WHEREAS, Aéropostale filed its Opposition to the Motion on March 21, 2013;

WHEREAS, the current date for the hearing on Plaintiff's Motion is April 11, 2013 at 8:00 a.m.;

WHEREAS, Aéropostale's counsel's schedule will make it difficult to attend the hearing on the current date based upon a required appearance at a Mandatory Settlement Conference scheduled before the currently noticed hearing date;

WHEREAS, Plaintiff and Aéropostale agree and are stipulating to continue the current hearing date to April 18, 2013 at 8:00 a.m.

///

///

///

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Aéropostale through their respective undersigned counsel that:

1. The Parties hereby request the Court to continue the hearing on the Motion to April 18, 2013 at 8:00 a.m.

Respectfully submitted,

Dated: March 26, 2013

GLEASON & FAVAROTE, LLP

By: _____
Torey Joseph Favarote
Attorneys for Plaintiff PORTIA
DANIELS, on behalf of herself and all others similarly situated

Dated: March 26, 2013

KATTEN MUCHIN ROSENMAN LLP

By: _____
Rachel C. Schumacher
Attorneys for Defendants
AÉROPOSTALE WEST, INC. and
AÉROPOSTALE, INC.

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO
CONDITIONALLY CERTIFY FLSA COLLECTIVE ACTION
CASE NO.: 3:12-CV-05755-WHA

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

A. Plaintiff's Motion for Order Granting Conditional Certification of FLSA Collective Action and for Order Regarding Mailing of Opt-In Notice to FLSA Collective Action Members shall be heard by the Court on April 18, 2013.

Dated: March 27, 2013



William Alsup
United States District Judge

4

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY FLSA COLLECTIVE ACTION
CASE NO.: 3:12-CV-05755-WHA