Joseph R. Becerra (Cal State Bar No. 210709)
LAW OFFICE OF JOSEPH R. BECERRA
835 Wilshire Boulevard, Suite 200
Los Angeles, California 90017
Telephone: (213) 542-8501
Facsimile: (213) 542-5556
Email: jbecerra@jrbecerralaw.com

Torey Joseph Favarote (Cal State Bar No. 198521)
GLEASON & FAVAROTE, LLP
835 Wilshire Blvd., Suite 200
Los Angeles, California 90017
Telephone: (213) 452-0510
Facsimile: (213) 452-0514
tfavarote@gleasonfavarote.com

Attorneys for Plaintiff PORTIA DANIELS,
on behalf of herself and all others similarly situated

Stacey McKee Knight (Cal State Bar No. 181027)
stacey.knight@kattenlaw.com
Rachel C. Schumacher (Cal State Bar No. 235026)
rachel.schumacher@kattenlaw.com
Robert J. Dwyer (Cal State Bar No. 288122)
robert.dwyer@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants
AEROPOSTALE WEST, INC. and AEROPOSTALE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PORTIA DANIELS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs. | CASE NO. 3:12-cv-05755-WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY FLSA COLLECTIVE ACTION |

| | |
|---|---|
| AÉROPOSTALE WEST, INC., a Delaware corporation, AÉROPOSTALE, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Current Hearing Date<br>Date:            April 11, 2013<br>Time:           8:00 a.m.<br>Dept.:           8<br>Judge:          Hon. William Alsup<br><br>Proposed Hearing Date<br>Date:            April 18, 2013<br>Time:           8:00 a.m.<br>Dept.:           8<br>Judge:          Hon. William Alsup |

WHEREAS, Plaintiff Portia Daniels ("Plaintiff") filed her Motion for Order Granting Conditional Certification of FLSA Collective Action and for Order Regarding Mailing of Opt-In Notice to FLSA Collective Action Members (the "Motion") on March 7, 2013;

WHEREAS, Aéropostale filed its Opposition to the Motion on March 21, 2013;

WHEREAS, the current date for the hearing on Plaintiff's Motion is April 11, 2013 at 8:00 a.m.;

WHEREAS, Aéropostale's counsel's schedule will make it difficult to attend the hearing on the current date based upon a required appearance at a Mandatory Settlement Conference scheduled before the currently noticed hearing date;

WHEREAS, Plaintiff and Aéropostale agree and are stipulating to continue the current hearing date to April 18, 2013 at 8:00 a.m.

/ / /

/ / /

/ / /

2

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Aéropostale through their respective undersigned counsel that:

1. The Parties hereby request the Court to continue the hearing on the Motion to April 18, 2013 at 8:00 a.m.

Respectfully submitted,

Dated: March 26, 2013

GLEASON & FAVAROTE, LLP

By: _____
Torey Joseph Favarote
Attorneys for Plaintiff PORTIA DANIELS, on behalf of herself and all others similarly situated

Dated: March 26, 2013

KATTEN MUCHIN ROSENMAN LLP

By: _____
Rachel C. Schumacher
Attorneys for Defendants
AÉROPOSTALE WEST, INC. and
AÉROPOSTALE, INC.

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY FLSA COLLECTIVE ACTION
CASE NO.: 3:12-CV-05755-WHA

# [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

A.  Plaintiff's Motion for Order Granting Conditional Certification of FLSA Collective Action and for Order Regarding Mailing of Opt-In Notice to FLSA Collective Action Members shall be heard by the Court on April 18, 2013.

Dated: March 27, 2013



William Alsup
United States District Judge

4

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION TO CONDITIONALLY CERTIFY FLSA COLLECTIVE ACTION
CASE NO.: 3:12-CV-05755-WHA