IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PORTIA DANIELS, on behalf of herself
and all others similarly situated,

    Plaintiffs,

  v.

AÉROPOSTALE WEST, INC., a Delaware
corporation, AÉROPOSTALE, INC., a
Delaware corporation, and DOES 1 through
10, inclusive,

    Defendants.
_____/

No. C 12-05755 WHA

**REQUEST RE ORAL ARGUMENT**

    Please be prepared to address the impact, if any, of yesterday's Supreme Court decision in *Genesis Healthcare Corporation, et al., v. Laura Symczyk*, 569 U.S. ___ (2013).

**IT IS SO ORDERED.**

Dated: April 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE