IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA DANIELS, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>AÉROPOSTALE WEST, INC., a Delaware corporation, AÉROPOSTALE, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____ / | No. C 12-05755 WHA<br><br>**NOTICE RE PRETRIAL DEADLINES** |

A February 2013 order reminded the parties of their duty to prepare this case for trial. The order stated that no continuance (even if stipulated) would be granted on the ground of incomplete preparation without competent and detailed declarations setting forth good cause. The undersigned judge's standing orders contain similar reminders.

In April 2014, plaintiff filed a motion for preliminary approval of a collective-action settlement. A May 6 order reminded the parties that all existing deadlines remain in place. Nevertheless, it has come to the attention of the undersigned judge that one or more parties may have failed to timely exchange their exhibit and witness lists. This was a mistake.

Both sides should prepare for trial, even though the undersigned judge is now considering inviting defendants to move to decertify this conditionally-certified FLSA collective action. Tardy filings may be subject to timely-raised objections.

**IT IS SO ORDERED.**

Dated: May 21, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE