**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA DANIELS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AÉROPOSTALE WEST, INC., a Delaware corporation, AÉROPOSTALE, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-05755 WHA<br><br>**FIRST AMENDED CASE MANAGEMENT ORDER** |

　　　A May 2014 order asked the parties to show cause why this case should not go to trial on **AUGUST 18 AT 7:30 A.M.** on the named plaintiff Ms. Daniels' claim only, with a final pretrial conference on **AUGUST 13 AT 2:00 P.M.** On June 10, the parties filed a response and did not object to these dates. Accordingly, the above-mentioned dates are hereby set.

　　　**IT IS SO ORDERED.**

Dated: June 10, 2014.

　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE