1  Stacey McKee Knight (Cal State Bar No. 181027)
2  stacey.knight@kattenlaw.com
   Rachel C. Schumacher (Cal State Bar No. 235026)
3  rachel.schumacher@kattenlaw.com
4  Robert J. Dwyer (Cal State Bar No. 288122)
   robert.dwyer@kattenlaw.com
5  **KATTEN MUCHIN ROSENMAN LLP**
6  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
7  Telephone: 310.788.4400
8  Facsimile: 310.788.4471

9  Attorneys for Defendants
10 AÉROPOSTALE WEST, INC. and AÉROPOSTALE, INC.

11 (continued on next page)

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                 **SAN FRANCISCO DIVISION**

15

16

17 PORTIA DANIELS, on behalf of           )   CASE NO. 3:12-cv-05755-WHA (JSC)
   herself and all others similarly situated, )
18                                         )   **STIPULATION OF DISMISSAL AND**
              Plaintiff,                   )   **[PROPOSED] ORDER**
19                                         )
          vs.                              )   Hon. Judge William H. Alsup
20                                         )
                                           )
21 AÉROPOSTALE WEST, INC., a               )
   Delaware corporation,                   )
22 AEROPOSTALE, INC., a Delaware           )
   corporation, and DOES 1 through 10,     )
23 inclusive,                              )
                                           )
24            Defendants.                  )
                                           )
25

26

27

28

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**
CASE NO.: 3:12-CV-05755-WHA (JSC)

1    Joseph R. Becerra (State Bar No. 210709)
2    **LAW OFFICE OF JOSEPH R. BECERRA**
     835 Wilshire Boulevard, Suite 200
3    Los Angeles, California 90017
     Telephone:        (213) 542-8501
4    Facsimile:        (213) 542-5556
5    E-mail:           jbecerra@jrbecerralaw.com

6
     Torey Joseph Favarote (State Bar No. 198521)
7    **GLEASON & FAVAROTE LLP**
8    835 Wilshire Boulevard, Suite 200
     Los Angeles, California 90017
9    Telephone:        (213) 452-0510
10   Facsimile:        (213) 452-0514
     Email:            tfavarote@gleasonfavarote.com
11
12   Attorneys for Plaintiff Portia Daniels

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JOINT STIPULATION

WHEREAS, on November 9, 2012, Plaintiff Portia Daniels ("Plaintiff") filed the Complaint for Overtime Compensation and Liquidated Damages Under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq.

WHEREAS, on March 7, 2013, Plaintiff filed a Motion for Order Granting Conditional Certification of FLSA Collective Action and for Order Regarding Mailing of Opt-In Notice to FLSA Collective Action Members;

WHEREAS, on April 24, 2013, the Court issued an order conditionally certifying this action to proceed as a collective action (the "Order");

WHEREAS, on June 10, 2014, Plaintiff and Defendants Aéropostale West, Inc. and Aéropostale, Inc. ("Defendants") (Plaintiff and Defendants together, the "Parties") stipulated to vacate the April 24, 2013 Order, decertify the collective action, and proceed as to Plaintiff's claim only;

WHEREAS, on June 10, 2014, the Court decertified the collective action, dismissed each person that opted in to the action, and set Plaintiff's individual claim for trial on August 18, 2014;

WHEREAS, on or about July 11, 2014, the Parties settled this matter.

THEREFORE, IT IS HEREBY STIPULATED by an between Plaintiff and Defendants, through their counsel of record, that the above-captioned action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties further stipulate that, except as set forth in the Settlement Agreement, each side shall bear their own attorneys' fees, expenses, and costs.

IT IS SO STIPULATED.

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1    DATED:  July 11, 2014          **KATTEN MUCHIN ROSENMAN LLP**

2                                   Stacey McKee Knight

3                                   Rachel C. Schumacher
                                    Robert J. Dwyer
4

5                                   By:  /s/ Stacey McKee Knight

6                                        Stacey McKee Knight
                                    Attorneys  for  Defendants  AÉROPOSTALE
7                                   WEST, INC. and AÉROPOSTALE, INC.

8    DATED:  July 11, 2014          **LAW OFFICE OF JOSEPH R. BECERRA**

9                                   Joseph R. Becerra

10

11                                  By:_____

12                                       Joseph R. Becerra
                                    Attorneys for Plaintiff PORTIA DANIELS and
13                                  those who opted in

14

15   DATED:  July 11, 2014          **GLEASON & FAVAROTE LLP**

                                    Torey Joseph Favarote
16

17                                  By:_____

18                                       Torey Joseph Favarote
                                    Attorneys for Plaintiff PORTIA DANIELS, and
19                                  those who opted in

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1

## PROOF OF SERVICE

2

   I, Torey Joseph Favarote, declare:

3

   I am and was at the time of the service mentioned in this declaration,

4

employed in the County of Los Angeles, California.  I am over the age of 18 years

5

and not a party to the within action.  My business address is Gleason & Favarote,

6

LLP, 835 Wilshire Blvd., Suite 200, Los Angeles, CA 90017.

7

   On July 12, 2014, I served a copy(ies) of the following document(s):

8

   **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

9

on the parties to this action by placing them in a sealed envelope(s) addressed as

10

follows:

11

12

13

14

15

| Attorney | Party(ies) Served | Method of Service |
|---|---|---|
| Stacey D. McKee-Knight, Esq.<br>Rachel Schumacher, Esq.<br>Robert J. Dwyer<br>Katten Muchin Rosenman, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | Counsel for Defendants | First Class Mail |

16

☒  (BY MAIL)  I placed the sealed envelope(s) for collection and mailing by

17

following the ordinary business practice of Gleason & Favarote, LLP, Los Angeles, California. I am readily familiar with Gleason & Favarote, LLP's

18

practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary

19

course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

20

   I declare that I am a member of the bar of this court.  I declare under penalty

21

of perjury under the laws of the United States that the foregoing is true and correct,

22

and this declaration was executed on July 12, 2014, at Los Angeles, California.

23

24

25

26

27

   /s/ Torey Joseph Favarote
                     Torey Joseph Favarote

28

**PROOF OF SERVICE**