IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA DANIELS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AÉROPOSTALE WEST, INC., a Delaware corporation, AÉROPOSTALE, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-05755 WHA<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

　　Plaintiff and defendants have settled. On July 12, the parties filed a stipulation stating that this action should be "dismissed with prejudice" and that, "except as set forth in the Settlement Agreement, each side shall bear their own attorneys' fees, expenses, and costs." No claims remain. This is not a class or collective action (Dkt. Nos. 74, 76). The Clerk shall **CLOSE THE FILE**.

　　**IT IS SO ORDERED.**

Dated: July 14, 2014.

　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE